Dismissed and Memorandum Opinion filed April 10, 2008








Dismissed
and Memorandum Opinion filed April 10, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00234-CV

____________

 

ALLIANCE RESIDENTIAL MANAGEMENT,
L.L.C, Appellant

 

V.

 

ALLIANCE HC II LIMITED PARTNERSHIP, ALLIANCE HC III
MEZZ LIMITED PARTNERSHIP, ALLIANCE HC III VERANDAHS LIMITED PARTNERSHIP,
ALLIANCE HC III SAYBROOKE LIMITED PARTNERSHIP, ALLIANCE HC III LIMITED
PARTNERSHIP, Appellees

 



 

On Appeal from the
61st District Court

Harris County,
Texas

Trial Court Cause
No. 2008-15076

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 26, 2008.  On April 3, 2008, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

 








PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed April
10, 2008.

Panel consists of Justices Frost, Seymore, and Guzman.